IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | JUDGE ADAMS |
| | ) | |
| v. | ) | CASE NO. 5:20 CR 062 |
| | ) | Title 18, United States Code, |
| TARY L. GILBERT, | ) | Sections 1951(a) and 2113(a) |
| | ) | |
| Defendant. | ) | |

COUNT 1
(Bank Robbery, 18 U.S.C. § 2113(a))

The Grand Jury charges:

1. On or about December 4, 2019, in the Northern District of Ohio, Eastern Division, Defendant TARY L. GILBERT, by force, violence and intimidation, did knowingly take from the person and presence of an employee of Huntington National Bank, approximately $595.00 in U.S. currency belonging to and in the care, custody, management and possession of Huntington National Bank, an institution for which the deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

COUNT 2
(Bank Robbery, 18 U.S.C. § 2113(a))

The Grand Jury further charges:

2. On or about December 5, 2019, in the Northern District of Ohio, Eastern Division, Defendant TARY L. GILBERT, by force, violence and intimidation, did knowingly take from the person and presence of an employee of Huntington National Bank, approximately $1,650.00 in U.S. currency belonging to and in the care, custody, management and possession of

Huntington National Bank, an institution for which the deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

## COUNT 3
(Attempted Bank Robbery, 18 U.S.C. § 2113(a))

The Grand Jury further charges:

3. On or about December 8, 2019, in the Northern District of Ohio, Eastern Division, Defendant TARY L. GILBERT, by force, violence and intimidation, did knowingly attempt to take from the person and presence of an employee of Huntington National Bank, U.S. currency belonging to and in the care, custody, management and possession of Huntington National Bank, an institution for which the deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

## COUNT 4
(Interference with Commerce by Robbery, 18 U.S.C. § 1951(a))

The Grand Jury further charges:

4. At all times material to this indictment, Dollar General located at 525 East Waterloo Road, Akron, Ohio, was engaged in the retail sale of articles and commodities that had moved in and affected interstate commerce.

5. At all times material to this indictment, Dollar General was owned and operated by Dollar General Corporation and had its headquarters in Goodlettsville, Tennessee.

6. On or about December 8, 2019, in the Northern District of Ohio, Eastern Division, Defendant TARY L. GILBERT did unlawfully obstruct, delay, and affect, commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that Defendant did unlawfully take and obtain U.S.

currency in the custody, possession, and presence of Dollar General located at 525 East Waterloo Road, Akron, Ohio, against an employee's will, by means of actual and threatened force, violence, and fear of immediate injury to said employee, in violation of Title 18, United States Code, Section 1951(a).

    All in violation of Title 18, United States Code, Section 1951(a).

                                        A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.